JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXDERMA INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEXDERM, INC., a California corporation,<br><br>Defendant. | CASE NO. 5:20-CV-2588-JGB(SPx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |

## ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that this action be and is hereby dismissed in its entirety with prejudice.

Dated: March 5, 2021

_____
The Hon. Jesus G. Bernal
United States District Court Judge

ORDER REGARDING DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION         1         CASE NO. 5:20-CV-2588-JGB-(SPx)